JOSEPH KRINSKI, Respondent, v. HYMAN KORNREICH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs, upon the ground that the opposing affidavit of the defendant was and is, in effect, a stipulation admitting all of the items of purchases and sales stated in plaintiff's bill of particulars, except two specified

ones, and that with such admission the trial of the action will no longer involve a long account. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.